```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00284
    ERIC D WIECZOREK
    LINNETT T WIECZOREK                        CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1100    SSN XXX-XX-2641

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 03/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/02/2009.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                  UNSECURED          1595.51          .00           .00
ASSET ACCEPTANCE LLC         UNSECURED           362.42          .00           .00
ASSET ACCEPTANCE LLC         UNSECURED           603.16          .00           .00
COMMONWEALTH EDISON          UNSECURED          1106.72          .00           .00
GEORGE MILANEZ DDS           UNSECURED           416.00          .00           .00
LINCONA MEDICAL ASSOIATE     UNSECURED         NOT FILED         .00           .00
FIRST PREMIER                UNSECURED         NOT FILED         .00           .00
ADVOCATE MEDICAL GROUP       UNSECURED         NOT FILED         .00           .00
SBC ILLINOIS                 UNSECURED         NOT FILED         .00           .00
LASALLE BANK                 UNSECURED         NOT FILED         .00           .00
AMERICAN GENERAL FINAN       UNSECURED         NOT FILED         .00           .00
PROVIDIAN FINANCIAL          NOTICE ONLY       NOT FILED         .00           .00
DISH NETWORK                 UNSECURED         NOT FILED         .00           .00
UNITED CASH                  UNSECURED         NOT FILED         .00           .00
CHASE AUTO                   UNSECURED         NOT FILED         .00           .00
CITY EDGE DENTAL ASSOCIA     UNSECURED         NOT FILED         .00           .00
COMCAST                      UNSECURED         NOT FILED         .00           .00
DIRECTV INC                  UNSECURED         NOT FILED         .00           .00
DISH NETWORK                 UNSECURED         NOT FILED         .00           .00
GOLF SURGICAL CENTER         UNSECURED         NOT FILED         .00           .00
HOLLYWOOD ENTERTAINMENT      UNSECURED         NOT FILED         .00           .00
KNS FUNDING INC              UNSECURED         NOT FILED         .00           .00
EMERGENCY ROOM PHYSICIAN     UNSECURED         NOT FILED         .00           .00
HEART OF FLORIDA REGIONA     UNSECURED         NOT FILED         .00           .00
MRI ASSOCIATES OF ILLINO     UNSECURED         NOT FILED         .00           .00
CUB FOODS                    UNSECURED         NOT FILED         .00           .00
PETERSON SURGERY CENTER      UNSECURED          7647.85          .00           .00
NATIONAL CAPITAL MANAGEM     UNSECURED          5707.53          .00           .00
SALLIE MAE                   UNSECURED         NOT FILED         .00           .00
SC STUDENT LOAN CORP         UNSECURED         NOT FILED         .00           .00
NATIONAL CAPITAL MANAGEM     UNSECURED          1514.41          .00           .00
SEARS DENTAL                 UNSECURED         NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00284 ERIC D WIECZOREK & LINNETT T WIECZOREK
```

```
SWISS COLONY               UNSECURED       NOT FILED             .00             .00
TCF BANK                   UNSECURED       NOT FILED             .00             .00
TCF BANK                   UNSECURED       NOT FILED             .00             .00
UNIVERSAL LENDER INC       UNSECURED       NOT FILED             .00             .00
USA PAYDAY LOANS           UNSECURED       NOT FILED             .00             .00
USCB CORP                  UNSECURED       NOT FILED             .00             .00
WOMEN S WORKOUT WORLD      UNSECURED       NOT FILED             .00             .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC    3207.00           153.19          977.08
NUVELL CREDIT CO LLC       SECURED VEHIC    9400.00           452.68         2863.90
NUVELL CREDIT CO LLC       UNSECURED        5466.39              .00             .00
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED             .00             .00
MEDICAL COLLECTION         UNSECURED       NOT FILED             .00             .00
LEGAL HELPERS PC           DEBTOR ATTY      2,539.00                          188.63
TOM VAUGHN                 TRUSTEE                                            389.52
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,025.00

PRIORITY                                              .00
SECURED                                          3,840.98
    INTEREST                                       605.87
UNSECURED                                             .00
ADMINISTRATIVE                                     188.63
TRUSTEE COMPENSATION                               389.52
DEBTOR REFUND                                         .00
                     ---------------        ---------------
TOTALS                   5,025.00                5,025.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE